UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. 6:20-cv-00397-ADA<br><br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

Further to the parties' communications with the Court and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| 12/1/2020 | Plaintiff files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 12/22/2020 | Defendant files Responsive claim construction brief. |
| 1/8/2021 | Plaintiff files Reply claim construction brief. |
| 1/28/2021 | Defendant files Sur-Reply claim construction brief. |
| 2/2/2021 | Parties submit Joint Claim Construction Statement. See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 2/4/2021 [at least one week before Markman Hearing] | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account. |
| 2/11/2021 | *Markman* Hearing at 1:30 p.m. |

Dated: __November 19, 2020__

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE