IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC,<br><br>                           Plaintiff,<br><br>      V.<br><br>MICROSOFT CORPORATION,<br><br>                           Defendant. | Case No. 6:20-cv-00397-ADA |

## JOINT CLAIM CONSTRUCTION STATEMENT

In accordance with the Amended Scheduling Order (D.I. 32) entered in the above-captioned action, Plaintiff paSafeShare LLC ("paSafeShare") and Defendant Microsoft Corporation ("Microsoft") submit this Joint Claim Construction Statement. This Statement identifies the agreed and disputed constructions for claim terms found in U.S. Patent Nos. 9,455,961 ("'961 patent"); 9,615,116 ("'116 patent"); and 10,095,848 ("'848 patent").

### I.    AGREED CLAIM CONSTRUCTIONS

| Claim Term | Parties' Agreed Construction | Patent(s); Claims |
|---|---|---|
| **"Limited Capability Viewer (LCV)"**<br><br>Proposed by Microsoft | "a program for consuming content, where the program has one or more capabilities that can be restricted" | '961 patent; claims 1, 11, 14<br>'116 patent; claims 1, 25, 29<br>'848 patent; claims 1, 17, 18 |

## II.     DISPUTED CLAIM CONSTRUCTIONS

| Claim Terms | paSafeShare's Construction | Microsoft's Construction | Patent(s); Claims |
|---|---|---|---|
| **"software instructions . . . executed by a processor"**<br><br>Proposed by Microsoft | Plain and ordinary meaning | Plain and ordinary meaning (i.e., executable software instructions) | '961 patent, claims 1, 11, 14<br>'116 patent, claims 1, 25, 29<br>'848 patent, claims 1, 17, 18 |
| **"enabling an authorized user communicating via a secure tunnel or virtual private network to modify PDP content via an editing mode associated with said LCV"**<br><br>Proposed by Microsoft | Plain and ordinary meaning | "if an authorized user is communicating via a secure tunnel or virtual private network, then enabling that authorized user to modify PDP content via an editing mode of the LCV" | '961 patent, claims 6, 14<br>'848 patent, claims 15, 18 |
| **"Publisher Key"**<br><br>Proposed by Microsoft | "information for decrypting content from a content publisher and containing usage restriction(s) on the content" | *Indefinite* | '961 patent, claims 1, 11, 14<br>'116 patent, claims 1, 25, 29<br>'848 patent, claims 1, 17, 18 |
| **"enhanced user authentication or authorization (EUAA) information"**<br><br>Proposed by Microsoft | "information about a user that identifies the user for authentication or authorization" | *Indefinite* | '961 patent, claims 2-4, 12, 13 |

Dated: February 2, 2021

By: /s/Raymond W. Mort, III
Raymond W. Mort, III
Texas Bar No. 00791308
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel./Fax (512) 865-7950
raymort@austinlaw.com

Ronald M. Daignault (*pro hac vice*)
Chandran B. Iyer (*pro hac vice*)
Jason S. Charkow (*pro hac vice*)
Stephanie R. Mandir (*pro hac vice*)
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, New York 10017
Tel. (646) 292-8700
rdaignault@goldbergsegalla.com
cbiyer@goldbergsegalla.com
jcharkow@goldbergsegalla.com
smandir@goldbergsegalla.com

Attorneys for Plaintiff *paSafeShare LLC*

Respectfully submitted,

By: /s/Barry K. Shelton
Barry K. Shelton
Shelton Coburn LLP
311 Ranch Road 620 S, Suite 205
Austin, TX 78734-4775
Phone: (512) 263-2165
Facsimile: (512) 263-2166

Sarah E. Piepmeier (admitted, CA 227094)
spiepmeier@perkinscoie.com
May Eaton (*pro hac vice*)
mayeaton@perkinscoie.com
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: (415) 344-7000
Facsimile: (415) 344-7050

Antoine M. McNamara (*pro hac vice*)
amcnamara@perkinscoie.com
Christopher Marth (*pro hac vice*)
cmarth@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant *Microsoft Corporation*