UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PASAFESHARE LLC,**<br><br>      Plaintiff,<br><br>  v.<br><br>**MICROSOFT CORPORATION,**<br><br>      Defendant. | **Civil Action No. 6:20-cv-00397-ADA**<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO LIFT STAY AND ENTER SCHEDULING ORDER

On July 7, 2022, the parties filed a joint motion to stay the case pending *ex parte* reexamination of the patents-in-suit, specifically, U.S. patent nos. 9,455,961; 9,615,116; and 10,095,848. Dkt. No. 52. The reexamination proceedings have concluded. The PTO issued reexamination certificates confirming the validity of each of the patents without amendment.

Accordingly, in view of the conclusion of the reexamination proceedings, Plaintiff paSafeShare LLC and Defendant Microsoft Corporation jointly move to lift the stay of the case and re-enter the schedule up to and including the trial of this matter as follows:

| Proposed Deadline | Event |
|---|---|
| 12/21/2022 | Fact Discovery re-opens. |
| 1/13/2023 | Responses to previously-served discovery requests and begin rolling responsive document production. Microsoft makes previously-requested code available for inspection. |
| 3/3/2022 | Deadline to add parties. |

1

| | |
|---|---|
| 3/09/2023 | Deadline to serve Final Infringement Contentions. After this date, leave of Court is required for any amendment to Infringement. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after final contentions. |
| 6/08/2023 | Deadline to serve Final Invalidity Contentions. After this date, leave of Court is required for any amendment to Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 6/22/2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| 6/29/2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 8/04/2023 | Close of Fact Discovery. |
| 9/12/2023 | Opening Expert Reports. |
| 10/12/2023 | Rebuttal Expert Reports. |
| 11/3/2023 | Close of Expert Discovery. |
| 11/9/2023 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

|  |  |
|---|---|
| 11/21/2023 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 12/07/2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 12/21/2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 1/11/2024 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| 1/11/2024 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| 1/25/2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 2/8/2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 2/15/2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 3/8/2024 | Final Pretrial Conference. Held in person unless otherwise requested. |
| 3/18/2024[11] | Jury Selection/Trial. The Court expects to set these dates at the conclusion of the Markman Hearing. |

|  | [11] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date. |
|---|---|

Dated:  January 4, 2023

/s/ Sarah E. Fowler

Barry K. Shelton
WINSTON & STRAWN LLP
2121 N. Pearl Street – Suite 900
Dallas, TX 75201
Tel: (214) 453-6500
Fax: (214) 453-6400


Sarah E. Fowler
(*admitted* CA 264838)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel:  (650) 838-4300
sfowler@perkinscoie.com

 Sarah E. Piepmeier
(*admitted* CA 227094)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Tel: (415) 344-7000
Fax: (415) 344-7050
spiepmeier@perkinscoie.com

Antoine M. McNamara (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000

Respectfully submitted,

/s/ Raymond W. Mort, III

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tel/Fax: 512-865-7950

Of counsel:
Ronald M. Daignault (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Jason S. Charkow (pro hac vice)*
Stephanie R. Mandir (pro hac vice)
Zachary H. Ellis
(Texas State Bar No. 24122606)*
DAIGNAULT IYER LLP
8618 Westwood Center Drive – Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
smandir@daignaultiyer.com
zellis@daignaultiyer.com


*Not admitted in Virginia

*Attorneys for Plaintiff paSafeShare LLC*

4

Fax: (206) 359-9000
amcnamara@perkinscoie.com


*Attorneys for Defendant Microsoft Corporation*