IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PASAFESHARE LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:20-CV-397-ADA |
| v. | § § § | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | § § | |
| Defendant. | § § § | |

## MOTION TO WITHDRAW AS COUNSEL

Zachary H. Ellis requests permission to withdraw as counsel for Plaintiff paSafeShare LLC. This motion is based on good cause. Zachary H. Ellis is leaving the firm of Daignault Iyer LLP. The Mort Law Firm, PLLC and Daignault Iyer LLP will continue to represent paSafeShare LLC.

Dated: July 8, 2024

Respectfully submitted,

/s/ Zachary H. Ellis
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
The Mort Law Firm, PLLC
111 Congress Ave, STE 500
Austin, TX 78701
T/F: 512-865-7950

Ronald M. Daignault[*#]
Chandran B. Iyer[*]
Scott. R. Samay[*#]
Jason S. Charkow[*#]
Oded Burger[*#]
Shailendra Maheshwari[*#]
Hoda Rifai-Bashjawish[*#]

1

Stephanie R. Mandir[*]
Zachary H. Ellis (Texas State Bar No. 24122606)[#]
Kevin H. Sprenger[*]
Austin J. Ciuffo[*#]
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
ssamay@daignaultiyer.com
jcharkow@daignaultiyer.com
oburger@daignaultiyer.com
smaheshwari@daignaultiyer.com
hrifai-bashjawish@daignaultiyer.com
smandir@daignaultiyer.com
zellis@daignaultiyer.com
ksprenger@daignaultiyer.com
aciuffo@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Boulevard, STE 450
Vienna, VA 22182

*Admitted *pro hac vice*
#Not admitted in Virginia

*Attorneys for Plaintiff*