# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

PASAFESHARE LLC § 
§ CIVIL NO:
vs. § WA:20-CV-00397-ADA
§
MICROSOFT CORPORATION, §
MICROSOFT CORPORATION,
PASAFESHARE LLC

## ORDER RESETTING JURY TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, March 31, 2025 at 09:00 AM**.

    IT IS SO ORDERED this 5th day of September, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE