**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| PASAFESHARE LLC,<br><br>                              Plaintiff,<br><br>v .<br><br>MICROSOFT CORPORATION,<br><br>                              Defendant. | C.A. No. 6:20-cv-00397-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, paSafeShare LLC ("paSafeShare") and Defendant, Microsoft Corporation ("Microsoft"), by their respective undersigned counsel respectfully move to amend the scheduling order based on the Court resetting the jury trial date (Dkt. 179).

Accordingly, paSafeShare and Microsoft jointly request that the Court enter the attached proposed amended scheduling order.

Date: November 1, 2024

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
**THE MORT LAW FIRM, PLLC**
111 Congress Ave, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950
raymort@austinlaw.com

*/s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (admitted, CA 227094)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: (415) 344-7000
Fax: (415) 344-7050
Email: SPiepmeier@perkinscoie.com

Of Counsel:

Ronald M. Daignault*
Chandran B. Iyer
Jason S. Charkow*
Scott R. Samay*
Shalu Maheshwari
Elizabeth Bernard*
Hoda Rifai-Bashjawish
Stephanie R. Mandir
Kevin H. Sprenger
Austin Ciuffo*
**DAIGNAULT IYER LLP**
8229 Boone Boulevard Suite 450
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smaheshwari@daignaultiyer.com
ebarnard@daignaultiyer.com
hrifai-bashjawish@daignaultiyer.com
smandir@daignaultiyer.com
ksprenger@daignaultiyer.com
aciuffo@daignaultiyer.com

*Not admitted in Virginia*

*Counsel for Plaintiff*
*paSafeShare LLC*

Sarah E. Fowler (admitted, CA 264838)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Phone: (650) 838-4300
Fax: (650) 838-4350
Email: SFowler@perkinscoie.com

Antoine M. McNamara (*pro hac vice*)
Andrew Ohlert (*pro hac vice*)
Jessica J. Delacenserie (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: AMcnamara@perkinscoie.com
Email: AOhlert@perkinscoie.com
Email: JDelacenserie@perkinscoie.com

Barry K. Shelton (Bar No. 24055029)
Bradley D. Coburn (Bar No. 24036377)
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Phone: (512) 263-2165
Fax: (512) 263-2166
Email: bshelton@sheltoncoburn.com
Email: coburn@sheltoncoburn.com

*Counsel for Defendant*
*Microsoft Corporation*