UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 6:20-cv-00397-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER AMENDING SCHEDULING

The following outlines the amended deadlines in this respective case. The schedule follows Plaintiff paSafeShare LLC ("paSafeShare") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties") Joint Motion for Entry of a Scheduling Order regarding deadlines that will govern up to and including the trial scheduled in this case for March 31, 2025 (Dkt. 179) in accordance with the Court's rulings at the July 1, 2024, Pretrial Conference. Additionally, this amendment resolves their noted dispute.

| Deadline | Item |
|---|---|
| 10/25/2024 | paSafeShare serves Supplemental Expert Reports regarding damages. |
| 11/22/2024 | Microsoft serves Supplemental Rebuttal Expert Reports regarding damages. |
| 12/6/2024 | Close of Expert Discovery. The parties agree that each supplemental expert deposition shall be limited in scope to only the opinions newly-presented in the supplemental expert reports.[1] |

1

| Date | Event |
|---|---|
| 1/6/2025 | Dispositive motion deadline and *Daubert* motion deadline. Any additional dispositive and *Daubert* motions shall be limited to damages-related aspects of the case that were not previously raised in a dispositive and/or *Daubert* motion. <br><br> See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| 1/10/2025 | If applicable, serve amended Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). The parties agree that any amendments to pretrial disclosures shall be based on material relevant to opinions newly-presented in the supplemental expert reports. |
| 1/21/2025 | File oppositions to dispositive motions and oppositions to *Daubert* motions. |
| 1/28/2025 | Deadline to file replies to dispositive motions and *Daubert* motions. |
| 1/30/2025 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 2/3/2025 | Parties to jointly email the Court's law clerk (*see* OGP at 1) to confirm their pretrial conference and trial dates. |
| 2/7/2025 | Serve objections to rebuttal disclosures. <br><br> File motions *in limine*. The parties agree that any motions shall be limited to (1) damages-related aspects of the case set forth in the supplemental expert reports and (2) materials produced after the July 1, 2024 Pretrial Conference. |
| 2/11/2025 | File amended Joint Pretrial Order and amended Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations). |
| 2/14/2025 | File oppositions to motions *in limine*. |

| | |
|---|---|
| 2/19/2025 | Deadline to file replies to motions *in limine*. |
| | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| 2/20/2025 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 2/21/2025 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 2/27/2025 | Final Pretrial Conference. Held in person unless otherwise noted or requested by 2/13/2025. |
| 3/27/2025 | Jury Selection. |
| 3/31/2025 | Trial. |

So **ORDERED** November 5, 2024

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE