**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| PASAFESHARE LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | Case No. 6:20-cv-00397-ADA |

**DECLARATION OF ANDREW OHLERT IN SUPPORT OF
MICROSOFT CORP.'S REPLY IN SUPPORT OF ITS MOTIONS *IN LIMINE***

I, Andrew Ohlert, declare as follows:

1. I am an attorney with Perkins Coie LLP, counsel for Defendant Microsoft Corporation ("Microsoft") in this action. I am submitting this declaration in support of Microsoft's Reply in Support of its Motions *in Limine*. I make this declaration of my personal knowledge unless otherwise indicated.

2. Attached hereto as **Exhibit 7** (FILED UNDER SEAL) are excerpts from paSafeShare's final infringement contentions ('116 patent, emails) served on April 19, 2023.

3. Attached hereto as **Exhibit 8** is a true and correct copy of an email sent by Catherine Canby on May 10, 2024, to the parties declining Microsoft's request for a mini-*Markman* hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 19th day of February 2025, in Seattle, Washington.

*/s/ Andrew Ohlert*
Andrew Ohlert

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document and attachments thereto have been served on February 19, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b) and/or our document file transfer platform, Kiteworks as follows:

Raymond W. Mort, III
raymort@austinlaw.com
**THE MORT LAW FIRM PLLC**

Ronald M. Daignault (pro hac vice)
rdaignault@daignaultiyer.com
Chandran B. Iyer (pro hac vice)
cbiyer@daignaultiyer.com
Stephanie Mandir (pro hac vice)
smandir@daignaultiyer.com
Kevin H. Sprenger (pro hac vice)
ksprenger@daignaultiyer.com
Elizabeth Bernard
ebernard@daignaultiyer.com
Hoda Rifai-Bashjawish
hrifai-bashjawish@daignaultiyer.com
Austin J. Ciuffo
aciuffo@daignaultiyer.com
Jason S. Charkow
JCharkow@daignaultiyer.com
Scott R. Samay
ssamay@daignaultiyer.com
pasafeshare@daignaultiyer.com (*Team Dist.*)
**DAIGNAULT IYER LLP**

*Attorneys for Plaintiff paSafeShare LLC*

> */s/ Ruth St. Amant*
> Ruth St. Amant