# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PASAFESHARE LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00397-ADA |
| | § | |
| MICROSOFT CORPORATION, | § | |
| MICROSOFT CORPORATION, | | |
| PASAFESHARE LLC | | |

## ORDER RESETTING ZOOM FINAL PTC PASAFESHARE V MICROSOFT 6.20.397

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM FINAL PTC PASAFESHARE V MICROSOFT 6.20.397 by Zoom on March 06, 2025 at  03:30 PM .

IT IS SO ORDERED this 4th day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE