IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PASAFESHARE LLC,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**MICROSOFT CORPORATION,**<br><br>                              Defendant. | **Case No. 6:20-cv-00397**<br><br>**JURY TRIAL DEMANDED** |

**OMNIBUS ORDER REGARDING PRETRIAL MOTIONS**

     On March 7, 2025, the Court held a pretrial conference in the above captioned matter. After considering the parties' briefing and arguments of counsel presented at the hearing, the Court provided oral rulings on the below motions. The Court hereby memorializes its rulings on the parties' pretrial motions in the below table:

| Dkt. No. | Motion | Court's Order |
|---|---|---|
| 118 | Microsoft's Motion to Exclude Certain Opinions of Plaintiff's Experts Under Fed. R. Evid. 702 | **DENIED** as to Plaintiff's experts opinions based on "proposed authorized user device."<br><br>**GRANTED** as to Mr. Blok's reliance on the Intralinks license and Dr. Russ's supporting opinions thereto. |
| 186 | Microsoft's Motion for Summary Judgment of No Willfulness | **GRANTED.** |

| Dkt. No. | Motion | Court's Order |
|---|---|---|
| 188 | paSafeShare's Rule 702 Motion to Exclude Certain Testimony of Microsoft's Experts Mr. William Rosenblatt and Ms. Julia Rowe | **DENIED.** |
| 189 | Microsoft's Motion to Exclude Certain Opinions of Plaintiff's Experts Under Fed. R. Evid. 702 | **GRANTED.** |

The trial currently set for March 31, 2025 is VACATED. The Parties are instructed to meet and confer within approximately the next 30 days as to next steps. To the extent the parties are unable to come to agreement, they are instructed to request a joint status conference within approximately 30 days.

SIGNED this 17th day of March, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE