IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC, <br><br>   Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br>   Defendant. | C.A. No. 6:20-cv-00397-ADA <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR CONFERENCE RE: DKT. NO 246**

Plaintiff paSafeShare LLC respectfully submits this unopposed Motion for Conference regarding the parties' April 22, 2025 Joint Status Report and Request for Teleconference. Dkt. No. 246.

On April 22, 2025, the parties filed a Joint Status Report at the Court's direction presenting each party's position on how this case should proceed following the rulings at the March 7, 2025 pretrial conference and requesting a conference with the Court to address the Joint Status Report. On July 8, 2025, paSafeShare's counsel contacted Microsoft's counsel to ask if Microsoft would agree to a join this motion requesting a Court conference or whether paSafeShare could file this motion as "unopposed." In response, Microsoft's counsel stated it does not join the present motion but does not oppose it, and instead, defers to the Court regarding the appropriate timing of a status conference to discuss Dkt. No. 246.

Respectfully, paSafeShare is eager to hear from the Court regarding the parties' Joint Status Report and respectfully requests the Court conference to schedule a conference at its earliest convenience to discuss how the Court would like to proceed in this case.

1

Dated: July 9 , 2025                              Respectfully submitted,

/s/ Jason S. Charkow
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

*Of Counsel:*
Ronald M. Daignault (*pro hac vice*)*
Chandran B. Iyer (*pro hac vice*)
Jason S. Charkow (*pro hac vice)**
Scott R. Samay (*pro hac vice*)*
Elizabeth Bernard (DC Bar No. 986675)*
Oded Burger (NYS Bar No. 4910808)*
Hoda Rifai-Bashjawish (*pro hac vice*)*
Kevin H. Sprenger (*pro hac vice)*
Taylor Lepore (*pro hac vice*)*
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
ebernard@daignaultiyer.com
oburger@daignaultiyer.com
hrifai-bashjawish@daignaultiyer.com
ksprenger@daignaultiyer.com
tlepore@daignaultiyer.com

DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, Virginia 22182

*Not admitted in Virginia*

*Attorneys for Plaintiff paSafeShare LLC*

## **CERTIFICATE OF CONFERENCE**

On July 8, 2025, paSafeShare's counsel contacted Microsoft's counsel to ask if Microsoft would agree to a join this motion requesting a Court conference or whether paSafeShare could file this motion as "unopposed." In response, Microsoft's counsel stated it does not join the present motion but does not oppose it, and instead, defers to the Court regarding the appropriate timing of a status conference to discuss Dkt. No. 246.

*/s/ Jason S. Charkow*
