IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 6:20-cv-00397-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff's Motion for Court conference regarding Dkt. No. 248. After careful consideration of the Motion and all other matters properly before the Court, the Court is of the opinion that the Motion should be, and hereby is, **GRANTED** and a conference on this matter will take place on September 11, 2025 at 9:30AM on Zoom. The Zoom link will be provided.

**SO ORDERED**.

Signed on September 8, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE