UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 6:20-cv-00397-ADA <br><br> JURY TRIAL DEMANDED |

JOINT MOTION FOR ENTRY OF SCHEDULE
REGARDING MICROSOFT'S SUMMARY JUDGMENT MOTION

Plaintiff paSafeShare LLC and Defendant Microsoft Corporation jointly move the Court to enter the following schedule and page limits regarding Microsoft's Motion for Summary Judgment as follows:

| Proposed Deadline | Page Limit | Event |
|---|---|---|
| 10/24/2025 | 25 pages | Microsoft Opening Summary Judgment Brief |
| 11/21/2025 | 25 pages | paSafeShare's Opposition to Microsoft's Opening Summary Judgment Brief |
| 12/12/2025 | 10 pages | Microsoft's Reply Summary Judgment Brief |

Dated: September 23, 2025                Respectfully submitted,

*/s/* Sarah E. Piepmeier                    */s/ Raymond W. Mort, III*

Barry K. Shelton                             Raymond W. Mort, III
(Texas Bar No. 24055029)                     Texas State Bar No. 00791308
bshelton@sheltoncoburn.com                   raymort@austinlaw.com

1

Bradley D. Coburn
(Texas Bar No. 24036377)
coburn@sheltoncoburn.com
SHELTON COBURN LLP
311 RR 620 S – Suite 205
Austin, TX 78734-4775
Tel: (512) 263-2165
Fax: (512) 263-2166

Sarah E. Fowler
(*admitted* CA 264838)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel:  (650) 838-4300
sfowler@perkinscoie.com

 Sarah E. Piepmeier
(*admitted* CA 227094)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Tel: (415) 344-7000
Fax: (415) 344-7050
spiepmeier@perkinscoie.com

Antoine M. McNamara (*pro hac vice*)
Andrew Ohlert (*pro hac vice*)
Jessica J. Delacenserie (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000
amcnamara@perkinscoie.com
aohlert@perkinscoie.com
jdelacenserie@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

THE MORT LAW FIRM, PLLC
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Of counsel:
Ronald M. Daignault (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Jason S. Charkow (pro hac vice)*
Scott R. Samay (pro hac vice)*
Elizabeth Bernard*
(DC Bar No. 9866675)*
DAIGNAULT IYER LLP
8229 Boone Boulevard– Suite 450
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
ebernard@daignaultiyer.com

*\*Not admitted in Virginia*

*Attorneys for Plaintiff paSafeShare LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 23, 2025, to all counsel of record via ECF.

*/s/ Raymond W. Mort, III*
