UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 6:20-cv-00397-ADA <br><br> JURY TRIAL DEMANDED |

### ORDER

Before the Court is the parties' Joint Motion for Entry of Schedule regarding Microsoft's Motion for Summary Judgment. After careful consideration of the Motion and all other matters properly before the Court, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that the parties' Joint Motion is GRANTED.

SIGNED on September 23, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE