UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 6:20-CV-00397-ADA |
| § | |
| MICROSOFT CORPORATION, § | |
| § | |
| Defendant. § | |

### ORDER SETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom to address PASAFESHARE LLC'S RULE 56(d) MOTION TO DENY OR DEFER (Dkt. No. 259) and MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT BASED ON ABSENCE OF REMEDY (Dkt. No. 255) on **Thursday, March 19, 2026, at 3:00 PM CT.** The Zoom link will be sent via email.

**SIGNED** on February 4, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE