IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PASAFESHARE LLC,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Defendant. | C.A. No. 6:20-cv-00397-ADA<br><br>JURY TRIAL DEMANDED |

## PASAFESHARE'S NOTICE OF SUPPLEMENTAL AUTHORITY

paSafeShare hereby gives notice of supplemental authority, which is relevant to the Microsoft's Motion for Summary Judgment Based on Absence of Remedy (Dkt. No. 255).

In its motion to summary judgment, Microsoft relies on Judge Pitman's decision in *Exafer, Ltd. v. Microsoft Corporation*. Notably, Microsoft begins its brief by stating that: "Plaintiff paSafeShare LLC now finds itself in the same position as the plaintiff in *Exafer v. Microsoft*—another WDTX patent infringement case that involves the same excluded damages expert, the same plaintiff's counsel, and the same defendant as here." Microsoft made this same statement in oral arguments before this Court and cited *Exafer* in its *Daubert* brief.

On March 6, 2026, the Federal Circuit issued a *precedential* opinion (1) *reversing* Judge Pitman's *Daubert* ruling that excluded Exafer's damages expert, and (2) *vacating* summary judgment based on absence of a remedy. The *Exafer, Ltd. v. Microsoft Corporation*, No. 2024-2296, slip op. (Fed. Cir. Mar. 6 2026) opinion is attached as Exhibit A.

1

paSafeShare respectfully requests that this Court consider the Federal Circuit's opinion as supplemental authority in deciding Microsoft's Motion for Summary Judgment Based on Absence of Remedy.

Dated: March 6, 2026

Respectfully submitted,

*/s/ Jason Charkow*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
DAIGNAULT IYER LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

*Of Counsel:*
Ronald M. Daignault (*pro hac vice*)*
Chandran B. Iyer (*pro hac vice*)
Jason S. Charkow (*pro hac vice*)*
Scott R. Samay (*pro hac vice*)*
Elizabeth Bernard (DC Bar No. 986675)*
Kevin H. Sprenger (*pro hac vice)*
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
ebernard@daignaultiyer.com
ksprenger@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Blvd., Suite 450
Vienna, Virginia 22182

*\*Not admitted in Virginia*

*Attorneys for Plaintiff paSafeShare LLC*